In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-25-00212-CR
_____

## DANIEL JOSEPH GEORGIANNI, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law**
**Liberty County, Texas**
**Trial Cause No. 23CC-CR-00870**

## MEMORANDUM OPINION

Daniel Joseph Georgianni filed a notice of appeal in a case that resulted in his acquittal by a jury. The Clerk of the Court issued a notice to the parties that our jurisdiction was not apparent from the notice of appeal and warned that the appeal would be dismissed for lack of jurisdiction unless the Court received a response. Neither party responded to the notice.

Generally, an appeal may be taken by a defendant in a criminal case only after a final conviction. *See* Tex. R. App. P. 26.2(a) (establishing time for appeal by a

1

defendant after a sentence is imposed in open court or the trial court signs an appealable order). In criminal cases, the courts of appeals have jurisdiction only of appeals authorized by a statute. *See* Tex. Code Crim. Proc. Ann. art. 44.02; *Abbott v. State*, 271 S.W.3d 694, 697 n.8 (Tex. Crim. App. 2008) (A defendant's general right to appeal under article 44.02 has always been limited to appeal from a final judgment.); *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961) (Judgment discharging defendant on charge of aggravated assault after conviction for simple assault was not a judgment of conviction.). Neither of the parties have shown that the trial court has imposed sentence in open court or signed an order that may be appealed at this time. *See* Tex. R. App. P. 26.2(a).[1] Accordingly, we dismiss the appeal for lack of jurisdiction. *See id.* 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 22, 2025
Opinion Delivered July 23, 2025
Do Not Publish

Before Golemon, C.J., Johnson and Chambers, JJ.

---

[1]On May 29, 2025, Georgianni filed a notice of appeal from his **conviction** in Trial Cause Number 23CC-CR00982. Upon receiving the notice of appeal, we docketed Appeal Number 09-25-00213-CR. That appeal is unaffected by the dismissal of Appeal Number 09-25-00212-CR.